ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN -3  AM 10: 44

CLERK _Rw_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES ROBERTS,

    Plaintiff,

vs.

HUGH SMITH, Warden; FRED BROWN;
STEVE DUPREE; JOHN BROWN;
ALTON MOBLEY; BARNEY DASHER,
JR.; KEVIN JOHNSON; JAMES WAYNIK;
TRACEY SIMMONS; ROBERT MADISON;
TRELLIS DODSON; EDDIE SMITH;
SAMMY JACKSON; SHARON BROWN;
ABBIGAIL COWART, and PAMELA
BROWN,

    Defendants.

CIVIL ACTION NO.: CV605-095

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Trellis Dodson, Sammy Jackson, and Eddie Smith are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 3 day of Janr , 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)