IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES ROBERTS,

    Plaintiff,

vs.

HUGH SMITH, Warden; FRED BROWN;
STEVE DUPREE; JOHN BROWN;
ALTON MOBLEY; BARNEY DASHER,
JR.; KEVIN JOHNSON; JAMES WAYNIK;
TRACEY SIMMONS; ROBERT MADISON;
SHARON BROWN; ABBIGAIL COWART,
and PAMELA BROWN,

    Defendants.

CIVIL ACTION NO.: CV605-095

## ORDER

Plaintiff has filed a Motion for Physical Examination by Independent Physician. He seeks an Order for a physical examination by physicians not employed by the Georgia Department of Corrections or the State of Georgia. Plaintiff's motion is **DENIED**. Defendants have no obligation to incur the cost of having Plaintiff examined by a physician not employed by the Georgia Department of Corrections. Furthermore, Plaintiff's motion is without merit or legal basis.

**SO ORDERED**, this 16th day of February, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)