IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES ROBERTS,

    Plaintiff,

vs.

HUGH SMITH, Warden; FRED BROWN;
STEVE DUPREE; JOHN BROWN;
ALTON MOBLEY; BARNEY DASHER,
JR.; KEVIN JOHNSON; JAMES WAYNIK;
TRACEY SIMMONS; ROBERT MADISON;
SHARON BROWN; ABBIGAIL COWART,
and PAMELA BROWN,

    Defendants.

CIVIL ACTION NO.: CV605-095

## ORDER

Plaintiff has filed (1) Amended Request for Admissions of Fact, (2) Plaintiff's Amended Request for the Production of Documents and/or Things, and (3) Plaintiff's Amended First Set of Interrogatories or in the Alternative, Plaintiff's Second Set of Interrogatories. All have been docketed as motions. Upon review of these filings, it appears they are requests for discovery. Discovery is not filed with the Court, but rather more appropriately directed to counsel for the Defendants. See Order dated November 29, 2005. To the extent these filings are motions, they are **dismissed**.

SO ORDERED, this 7th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)