FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 DEC 13 PM 3: 49

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES ROBERTS,

    Plaintiff,

vs.

HUGH SMITH, Warden; FRED BROWN;
STEVE DUPREE; JOHN BROWN;
ALTON MOBLEY; BARNEY DASHER,
JR.; KEVIN JOHNSON; JAMES WAYNIK;
TRACEY SIMMONS; ROBERT MADISON;
SHARON BROWN; ABBIGAIL COWART,
and PAMELA BROWN,

    Defendants.

CIVIL ACTION NO.: CV605-095

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that Defendants "are not protected" in their official capacities for monetary damages by the Eleventh Amendment. (Doc. No. 57, ¶ 3.) Plaintiff also contends that the Eleventh Amendment does not bar suits against individual officials or prison employees. Plaintiff further contends that the United States Supreme Court has determined that the Eleventh Amendment does not bar a suit brought by a citizen against a state, and Defendants cannot be protected from suit in their official capacities.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The Motion for Summary Judgment filed by Defendants Hugh Smith, Fred Brown, Steve Dupree, John Brown, Alton

Mobley, Barnie Dasher, Kevin Johnson, James Waynick, Trace Simmons, and Robert Madison (Doc. No. 44) is **GRANTED**, in part, and **DENIED**, in part. Plaintiff's claims for monetary damages against Defendants H. Smith, F. Brown, Dupree, J. Brown, Mobley, Dasher, Johnson, Waynick, Simmons, and Madison in their official capacities are **DISMISSED**. Plaintiff's claims against these Defendants in their individual capacities remain pending.

**SO ORDERED**, this _13_ day of _December_, 2006.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)