# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## Statesboro Division




JAMES ROBERTS,
    Plaintiff

**JUDGMENT IN A CIVIL CASE**

vs.

HUGH SMITH, WARDEN; FRED
BROWN; STEVE DUPREE;
JOHN BROWN; ALTON MOBLEY;
BARNEY DASHER, JR.; KEVIN
JOHNSON; JAMES WAYNIK;
TRACEY SIMMONS; ROBERT
MADISON; TRELLIS DODSON;
EDDIE SMITH; SAMMY JACKSON;
SHARON BROWN; ABBIGAIL
COWART; and PAMELA
BROWN,
    Defendants

Case Number CV605-95

[✓] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in accordance with the Order of the Court entered January 3, 2006, claims of the Plaintiff, JAMES ROBERTS, against the Defendants, TRELLIS DODSON, SAMMY JACKSON, and EDDIE SMITH, are hereby dismissed.

**IT IS FURTHER ORDERED and ADJUDGED** that in accordance with the Order of the Court entered December 13, 2006, claims of the Plaintiff, JAMES ROBERTS, as to monetary damages against the Defendants, HUGH SMITH, WARDEN; FRED BROWN; STEVE DUPREE; JOHN BROWN; ALTON MOBLEY; BARNEY DASHER, JR.; KEVIN JOHNSON; JAMES WAYNIK; TRACEY SIMMONS; and ROBERT MADISON, in their official capacities are hereby dismissed.

**IT IS FURTHER ORDERED and ADJUDGED** that in accordance with the Oral Rulings made in open court on August 21 & 22, 2007, the claims of the Plaintiff, JAMES ROBERTS, against the Defendants, JOHN BROWN and PAMELA BROWN, are hereby dismissed.

**IT IS FURTHER ORDERED and ADJUDGED** that in accordance with the Oral Rulings made in open court on August 22, 2007, granting the Defendants' motion for judgment as a matter of law, a directed verdict is hereby entered as to the Defendants, PAMELA BROWN and ABBIGAL COWART, as to monetary damages on claims against them in their official capacities.

**IT IS FURTHER ORDERED AND ADJUDGED** that in accordance with the Jury Verdict, judgment is hereby entered in favor of the Defendants, BARNEY DASHER, TRACEY SIMMONS, ROBERT MADISON, JAMES WAYNIK, KEVIN JOHNSON and ALTON MOBLEY, and against the Plaintiff, JAMES ROBERTS, as to excessive use of force claims. Judgment is hereby entered in favor of the Defendants, HUGH SMITH, WARDEN and FRED BROWN, and against the Plaintiff, JAMES ROBERTS, as to the deliberate indifference to serious medical needs claims. Judgement is hereby entered in favor of the Defendants, STEVE DUPREE and HUGH SMITH, and against the Plaintiff, JAMES ROBERTS, as to the due process claims. The

Defendants do have and recover their Costs of Court in their behalf expended, such costs to be taxed by the Clerk.

APPROVED:

_____
James E. Graham
Magistrate Judge, U. S. District Court


Date: August 30, 2007

SCOTT L. POFF, CLERK

_____
By: Sherry Taylor, Deputy Clerk