IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES ROBERTS,

    Plaintiff,

vs.

SHARON BROWN,

    Defendant.

CIVIL ACTION NO.: CV605-095

## ORDER

Plaintiff filed this case on September 7, 2005. Defendant Sharon Brown has never been served with the summons or complaint. By Order dated September 6, 2007, Plaintiff was allowed a period of fifteen (15) days to show cause why service had not been made upon Defendant Sharon Brown within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff was advised that his failure to establish good cause would result in the dismissal of Plaintiff's claims against this Defendant. Plaintiff has failed to respond to the September 6, 2007 Order.

Accordingly, Plaintiff's claims against Sharon Brown are **DISMISSED** without prejudice, pursuant to Federal Rule of Civil Procedure 4(m). The Clerk is authorized and directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 26th day of September, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)